IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BRENT FLYING, SR.,<br><br>Defendant. | Case No. CR-19-30-BLG-SPW<br><br>**ORDER GRANTING<br>EARLY TERMINATION OF<br>SUPERVISED RELEASE** |

Upon Defendant's Motion for Early Termination of Supervised Release (Doc. 77) and pursuant to Title 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good causing appearing,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Frank Brent Flying Sr.'s term of supervised release is terminated as of the date of this order.

DATED this 11th day of August, 2023.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE